Attorney, Crawford Seals, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

David Lynn Roberts, Attorney at Law, Columbus, GA, for Defendant–Appellant.

Kristopher Carver, Edgefield, SC, pro se.

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM.

David L. Roberts, appointed counsel for Kristopher Carver, in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carver's convictions and sentences are **AFFIRMED**.

**Jack T. KRAUSER, D.M.D., an Individual, Plaintiff–Appellant,**

v.

**BIOHORIZONS, INC., a Delaware corporation, BioLok International, Inc., a Delaware corporation, BioHorizons Implant Systems, Inc., a Delaware corporation, Defendants–Appellees.**

No. 13–11123.

United States Court of Appeals, Eleventh Circuit.

Nov. 17, 2015.

Ronald M. Gache, Scott A. Simon, Shapiro Fishman & Gache, LLP, Boca Raton, FL, Deanna L. Keysor, Michelle K. Marek, Robert W. Unikel, Kaye Scholer, LLP, Chicago, IL, for Plaintiff-Appellant.

Christopher N. Sipes, Bradley Keith Ervin, Michael N. Kennedy, Joseph Scott St. John, Covington & Burling, LLP, Jeremy D. Cobb, Attorney at Law, Washington, DC, Gary A. Woodfield, Haile Shaw & Pfaffenberger, PA, North Palm Beach, FL, Richard Gervase, Seth R. Goldman, Timur E. Slonim, Mintz Levin Cohn Ferris Glovsky & Popeo, PC, New York, N.Y., for Defendants-Appellees.

Before MARCUS, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Dr. Jack Krauser appeals the district court's order granting summary judgment in favor of BioHorizons, Inc., BioLok In-

ternational, Inc., and BioHorizons Implant Systems, Inc. (collectively, "BioHorizons") in his lawsuit seeking a declaration that he was the owner of the subject matter set forth in a variety of BioHorizons's patents and associated federal registrations regarding dental implant systems. On appeal, Dr. Krauser argues based on an October 1996 agreement that the district court erred in concluding that he had no contractual claim to ownership in the dental implant systems. Upon a thorough review of the briefs and record, and with the benefit of oral argument, we find no error and affirm based on the well-reasoned summary judgment opinion and order of the district court, entered on October 1, 2012.

**AFFIRMED.**